RECEIVED

2007 JUN 20  A II: 02

FINANCIAL
DISCLOSURE OFFICE

June 18, 2007

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Attn: Honorable Ortrie D. Smith, Chair

Dear Judge Smith:

In response to your letter of June 8, 2007 regarding my 2006 financial disclosure report, I am providing the additional information requested. You will note in the detail provided that this additional information relates to prior years' reports and not specifically to my 2006 report.

The "MFS SER TR1 VALUE FD CLA MEIAX" was acquired on August 3, 2004 as a result of a dividend paid out. The historical cost of that position is $0.58 versus the market value, as of December 31, 2006 of $0.74. There has been dividend reinvestment of a fraction share that adds $0.02 to the cost basis and $0.03 to the corresponding market value. The "MFS SER TR1 VALUE FD CL B MFEFX" was also acquired on August 3, 2004. The cost basis on the position is $2,974.83 versus the market value on December 31, 2006 of $3,859.15. Additionally, dividend reinvestment has added $331.43 in cost basis with a corresponding $360.75 in market value. Both of these two positions are still held by me as of the date of this report. This latter fact is the reason I did not provide any information under column D of Part VII.

With respect to the "ML Bank Deposit USA" position in my amended 2005 report dated September 11, 2006 that position represents a money market fund to receive the distributions from securities as a result of interest and dividend income. When I moved my relationship from Merrill Lynch to Wachovia Securities the cash in the money market simply transferred as cash. The value of the equivalent position at Wachovia Securities, as of December 31, 2006 is $84.86. The title of this position at Wachovia Securities is; Bank Deposit Sweep with the following codes of: A, Div, J and T.

I trust this provides the necessary clarification to the questions raised regarding my 2006 report. Please contact me for further information if needed.

Sincerely,



Roslyn O. Silver
United States District Court Judge

AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Silver, Roslyn O | United States Az Dist Ct | 4/30/07 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ___ Nomination, Date ___ <br> ___ Initial  X Annual  ___ Final <br> 5b. ___ Amended Report | 01/01/2006 <br> TO <br> 12/31/2006 |

7. Chambers or Office Address
Sandra Day O'Conna U.S. Cts
401 W. Washington SPC 59
PHX., AZ 85003-2158

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X **NONE** (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X **NONE** (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED
2007 MAY -1 A 11: 24
FINANCIAL DISCLOSURE OFFIC

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income.) | | |
| 1 | | |
| 2  1/2006 | THE Rutter Group - West Publishing Co | $ 5000.00 |
| 3 | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X **NONE** (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children.  See pp. 25-27 of Instructions.)*

SOURCE          DESCRIPTION

[X] 1   **NONE** (No such reportable reimbursements.)

2 _____ _____

3 _____ _____

4 _____ _____

5 _____ _____

6 _____ _____

7 _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children.  See pp. 28-31 of Instructions.)*

SOURCE      DESCRIPTION      VALUE

[X] 1   **NONE** (No such reportable gifts.)

2 _____ _____ $ _____

3 _____ _____ $ _____

4 _____ _____ $ _____

                   $ _____

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

CREDITOR      DESCRIPTION      VALUE CODE*

[X] 1   **NONE** (No reportable liabilities.)

2 _____ _____ _____

3 _____ _____ _____

4 _____ _____ _____

5 _____ _____ _____

*Value Codes:
J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| JUDGE ROSLYN O. SILVER | 3/15/2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | IRA ACCT # ■■■■ ■■■■ | | | | | | | | |
| 1 AMERICAN CENTURY ULTRA FUND TWCUX | A | DIV | J | T | | | | | |
| 2 DREFUS PREMIER ENTERPRISE FD DPMGX | A | DIV | J | T | | | | | |
| 3 FIDELITY ADVISOR SER VIII DIVS INT'L FDVIX | A | DIV | J | T | | | | | |
| 4 LORD ABBETT AFFIL FD LAFFX | A | DIV | J | T | | | | | |
| 5 TA IDEX TRANSAMERICA SM/MIDCAP IIVAX | A | DIV | J | T | | | | | |
| 6 | | | | | | | | | |
| 7 | SOLE & SEPARATE INDIVIDUAL ACCT # ■■■■ - ■■■■ | | | | | | | | |
| 8 ALLIANZ NACM GLOBAL FD NGLBX | A | DIV | J | T | | | | | |
| 9 AMERICAN CENTURY ULTRA FD TWCUX | A | DIV | J | T | | | | | |
| 10 DREFUS PREMIER ENTERPRISE FD DPMGX | A | DIV | J | T | | | | | |
| 11 FIDELITY ADVISOR SER VIII DIVS INT'L FDVIX | A | DIV | J | T | | | | | |
| 12 LORD ABBETT AFFILIATED FD LAFFX | A | DIV | J | T | | | | | |
| 13 MFS SER TR I VALUE FD CL A MEIAX | A | DIV | J | T | | | | | |
| 14 MFS SER TR I VALUE FD CL B MFEBX | A | DIV | J | T | | | | | |
| 15 TA IDEX TRANSAMERICA SM/MID CAP IIVAX | A | DIV | J | T | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date __4/30/07__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544